UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-09612-FJO-7 |
| | § | |
| MARCUS EDWARD GILBERT | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Elliott D. Levin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $116,632.00 | Assets Exempt: | $116,005.72 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $861.96 | Claims Discharged Without Payment: | $65,749.45 |
| Total Expenses of Administration: | $1,351.04 | | |

3)    Total gross receipts of $2,213.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,213.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $118,625.43 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,351.04 | $1,351.04 | $1,351.04 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $58,157.26 | $29,929.11 | $29,929.11 | $861.96 |
| **Total Disbursements** | $176,782.69 | $31,280.15 | $31,280.15 | $2,213.00 |

4). This case was originally filed under chapter 7 on 07/28/2011. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>02/21/2013</u>     By: <u>/s/ Elliott D. Levin</u>
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| BOAT AND MOTOR | 1129-000 | $1,960.00 |
| PULL BEHIND TRAILER - $2500. 1/2 VALUE TO WIFE | 1129-000 | $253.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,213.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank | 4110-000 | $12,021.00 | NA | $0.00 | $0.00 |
| | Fifth Third Mortgage Company | 4110-000 | $95,200.00 | NA | $0.00 | $0.00 |
| | Teachers Credit Union | 4110-000 | $9,411.00 | NA | $0.00 | $0.00 |
| | Value City Furniture | 4110-000 | $1,993.43 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$118,625.43** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elliott D. Levin, Trustee | 2100-000 | NA | $553.25 | $553.25 | $553.25 |
| Elliott D. Levin, Trustee | 2200-000 | NA | $12.75 | $12.75 | $12.75 |
| Bank of Texas | 2600-000 | NA | $18.92 | $18.92 | $18.92 |
| Fees, Special Counsel for Trustee | 3210-600 | NA | $737.00 | $737.00 | $737.00 |
| Expenses, Special Counsel for Trustee | 3220-610 | NA | $29.12 | $29.12 | $29.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,351.04** | **$1,351.04** | **$1,351.04** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | 7100-000 | $4,395.00 | $4,632.87 | $4,632.87 | $154.28 |
| 2 | FIFTH THIRD BANK | 7100-000 | $6,108.00 | $6,158.95 | $6,158.95 | $205.09 |
| 3 | Capital One Bank (USA), N.A. by American InfoSource | 7100-000 | $5,985.00 | $6,794.73 | $6,794.73 | $226.26 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $3,491.00 | $4,094.60 | $4,094.60 | $136.35 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | NA | $1,985.43 | $1,985.43 | $66.11 |
| 6 | GE Capital Retail Bank | 7100-000 | $1,495.96 | $2,218.23 | $2,218.23 | $73.87 |
| 7 | Capital One, N.A. | 7200-000 | NA | $4,044.30 | $4,044.30 | $0.00 |
|  | Menards | 7100-000 | $3,821.00 | NA | NA | $0.00 |
|  | Santander Consumer USA | 7100-000 | $32,861.30 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $58,157.26 | $29,929.11 | $29,929.11 | $861.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1                Exhibit 8

| Case No.: | 11-09612-FJO-7 | Trustee Name: | Elliott D. Levin |
|---|---|---|---|
| Case Name: | GILBERT, MARCUS EDWARD | Date Filed (f) or Converted (c): | 07/28/2011 (f) |
| For the Period Ending: | 2/21/2013 | §341(a) Meeting Date: | 09/02/2011 |
| | | Claims Bar Date: | 02/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2512 WEST STATE ROAD 144, FRANKLIN, INDIANA. DATE OF PURCHASE AUGUST 2007. PURCHASE PRICE $100,000. RANCH STYLE, 3 BEDROOMS, 2 BATHROOMS, STONE EXTERIOR. JOHNSON COUNTY ASSESSMENT 2011 | $122,200.00 | $0.00 | | $0.00 | FA |
| 2  661 OLD PLANK ROAD, FRANKLIN, INDIANA. DATE OF PURCHASE SEPTEMBER 1977. PURCHASE PRICE $26,000. RANCH STYLE, 3 BEDROOMS, 2 BATHROOMS, ALUMINUM EXTERIOR. JOHNSON COUNTY ASSESSMENT 2011 | $79,100.00 | $0.00 | | $0.00 | FA |
| 3  FIFTH THIRD BANK CHECKING ACCOUNT ENDING 2107 | $255.72 | $0.00 | OA | $0.00 | FA |
| 4  COUCH $100; COFFEE TABLE $50; 2 END TABLES $40; BED $50; COMPUTER TABLE $25; CHINA CABINET $50; TABLE AND CHAIRS $40; STOVE $100; REFRIGERATOR $100; DISHES AND SILVERWARE $50; LOVE SEAT $125; 52" TELEVISION $100; 26" TELEVISION $50; WASHER $50; DRYER $50; BED $75; LINENS AND TOWELS $50; CHEST WITH SIX DRAWERS $25; CHEST AND DRESSER $100; OUTDOOR FURNITURE $100; TOOL CHEST AND TOOLS $200; ENTERTAINMENT CENTER $50; CEDAR CHEST $25; BREAKFAST TABLE AND CHAIRS $40; 2 STRAIGHT BACK CHAIRS 100; OUTDOOR GRILL $100; CHAIN SAW $25; CHRISTMAS DECORATIONS $50.TOTAL $1,920.00. 1/2 VALUE TO WIFE. | $960.00 | $0.00 | OA | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2  Exhibit 8

| Case No.: | 11-09612-FJO-7 | Trustee Name: | Elliott D. Levin |
| Case Name: | GILBERT, MARCUS EDWARD | Date Filed (f) or Converted (c): | 07/28/2011 (f) |
| For the Period Ending: | 2/21/2013 | §341(a) Meeting Date: | 09/02/2011 |
| | | Claims Bar Date: | 02/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5   LOVESEAT AND 2 RECLINERS | $300.00 | $0.00 | OA | $0.00 | FA |
| 6   WEARING APPAREL | $100.00 | $0.00 | OA | $0.00 | FA |
| 7   3 SHOT GUNS; 2 RIFFLES, 2 HAND GUNS; 1 MUSSEL LOADER. VALUE $700. 1/2 VALUE TO WIFE. | $350.00 | $0.00 | OA | $0.00 | FA |
| 8   2004 DODGE RAM 2500 - KELLY BLUE BOOK VALUE MAY 2011 | $18,725.00 | $0.00 | OA | $0.00 | FA |
| 9   2008 CHEVROLET IMPALA - KELLY BLUE BOOK MAY 2011 | $9,650.00 | $0.00 | OA | $0.00 | FA |
| 10  BOAT AND MOTOR | $1,960.00 | $1,960.00 | | $1,960.00 | FA |
| 11  PULL BEHIND TRAILER - $2500. 1/2 VALUE TO WIFE | $1,250.00 | $253.00 | | $253.00 | FA |
| 12  1 DOG | $0.00 | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                        **Gross Value of Remaining Assets**
                                          $234,850.72              $2,213.00                            $2,213.00                              $0.00

| Initial Projected Date Of Final Report (TFR): | 10/31/2012 | Current Projected Date Of Final Report (TFR): | /s/ ELLIOTT D. LEVIN |
| | | | ELLIOTT D. LEVIN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-09612-FJO-7 | | Trustee Name: | Elliott D. Levin |
|---|---|---|---|---|
| Case Name: | GILBERT, MARCUS EDWARD | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******3986 | | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Gilbert Checking |
| For Period Beginning: | 7/28/2011 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 2/21/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2011 | (10) | Marcus Gilbert | Settlement payment | 1129-000 | $150.00 | | $150.00 |
| 01/20/2012 | (10) | Marcus E. Gilbert | Settlement payment | 1129-000 | $150.00 | | $300.00 |
| 02/22/2012 | (10) | Marcus E. Gilbert | Settlement payment | 1129-000 | $150.00 | | $450.00 |
| 03/07/2012 | | Marcus Gilbert | Final settlement payment | * | $1,763.00 | | $2,213.00 |
| | {10} | | Settlement $1,510.00 | 1129-000 | | | $2,213.00 |
| | {11} | | Settlement $253.00 | 1129-000 | | | $2,213.00 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.92 | $2,210.08 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.44 | $2,206.64 |
| 05/29/2012 | 1001 | Rubin & Levin, P.C. | 05/29/2012 court-ordered special counsel to Trustee fees and expenses | * | | $766.12 | $1,440.52 |
| | | | Fees $(737.00) | 3210-600 | | | $1,440.52 |
| | | | Expenses $(29.12) | 3220-610 | | | $1,440.52 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.47 | $1,437.05 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.24 | $1,434.81 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.31 | $1,432.50 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.31 | $1,430.19 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.23 | $1,427.96 |
| 01/15/2013 | 1002 | Elliott D. Levin | Trustee Compensation | 2100-000 | | $553.25 | $874.71 |
| 01/15/2013 | 1003 | Elliott D. Levin | Trustee Expenses | 2200-000 | | $12.75 | $861.96 |
| 01/15/2013 | 1004 | FIFTH THIRD BANK | Account Number: 7306; Claim #: 1; Notes: ; Amount Claimed: 4,632.87; Amount Allowed: 4,632.87; Distribution Dividend: 3.33; Dividend: 10.80; | 7100-000 | | $154.28 | $707.68 |
| 01/15/2013 | 1005 | FIFTH THIRD BANK | Account Number: 2476; Claim #: 2; Notes: ; Amount Claimed: 6,158.95; Amount Allowed: 6,158.95; Distribution Dividend: 3.33; Dividend: 14.36; | 7100-000 | | $205.09 | $502.59 |
| 01/15/2013 | 1006 | Capital One Bank (USA), N.A. by American InfoSource | Account Number: 6369; Claim #: 3; Notes: ; Amount Claimed: 6,794.73; Amount Allowed: 6,794.73; Distribution Dividend: 3.33; Dividend: 15.84; | 7100-000 | | $226.26 | $276.33 |
| | | | **SUBTOTALS** | | **$2,213.00** | **$1,936.67** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-09612-FJO-7 | | Trustee Name: | Elliott D. Levin |
|---|---|---|---|---|
| Case Name: | GILBERT, MARCUS EDWARD | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******3986 | | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Gilbert Checking |
| For Period Beginning: | 7/28/2011 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 2/21/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/15/2013 | 1007 | Chase Bank USA, N.A. | Account Number: 3952; Claim #: 4; Notes: ; Amount Claimed: 4,094.60; Amount Allowed: 4,094.60; Distribution Dividend: 3.33; Dividend: 9.54; | 7100-000 | | $136.35 | $139.98 |
| 01/15/2013 | 1008 | Quantum3 Group LLC as agent for | Account Number: 0963; Claim #: 5; Notes: (5-1) Unsecured Debt; Amount Claimed: 1,985.43; Amount Allowed: 1,985.43; Distribution Dividend: 3.33; Dividend: 4.62; | 7100-000 | | $66.11 | $73.87 |
| 01/15/2013 | 1009 | GE Capital Retail Bank | Account Number: 0046; Claim #: 6; Notes: ; Amount Claimed: 2,218.23; Amount Allowed: 2,218.23; Distribution Dividend: 3.33; Dividend: 5.17; | 7100-000 | | $73.87 | $0.00 |
| | | | TOTALS: | | $2,213.00 | $2,213.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,213.00 | $2,213.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,213.00 | $2,213.00 | |

| For the period of 7/28/2011 to 2/21/2013 | | For the entire history of the account between 12/05/2011 to 2/21/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,213.00 | Total Compensable Receipts: | $2,213.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,213.00 | Total Comp/Non Comp Receipts: | $2,213.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,213.00 | Total Compensable Disbursements: | $2,213.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,213.00 | Total Comp/Non Comp Disbursements: | $2,213.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-09612-FJO-7 | Trustee Name: | Elliott D. Levin |
|---|---|---|---|
| Case Name: | GILBERT, MARCUS EDWARD | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******3986 | Checking Acct #: | ******0316 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Gilbert Checking |
| For Period Beginning: | 7/28/2011 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 2/21/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,213.00 | $2,213.00 | $0.00 |

**For the period of 7/28/2011 to 2/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,213.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,213.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,213.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,213.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/28/2011 to 2/21/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,213.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,213.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,213.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,213.00 |
| Total Internal/Transfer Disbursements: | $0.00 |